## UNITED STATES COURT OF INTERNATIONAL TRADE

ARTISANAL IMPORTS, INC.,

Plaintiff,

v.                                                    Court No. 26-cv-00986

UNITED STATES, ET AL.,

Defendants.

### ORDER

Upon consideration of Plaintiff's motion for a preliminary injunction limited to suspension of liquidation, ECF No. 9, it is hereby

**ORDERED** that the motion is **DENIED**.  Pursuant to Administrative Order 25-02, all New IEEPA Tariff Cases as defined therein, and which includes this action, "shall be stayed upon commencement and without further action by the court."  Furthermore, "[a]ny party seeking to lift the stay before the court does so sua sponte must provide good cause indicating why their case merits earlier consideration."  While Plaintiff has not moved to lift the stay, the court construes the present motion as including a motion to lift the stay.  To that end, Plaintiff has failed to demonstrate good cause to lift the stay in light of the Government's stipulation regarding reliquidation, which it has stated applies to all current and future similarly situated plaintiffs.  See AGS Company Automotive Solutions v. United States, CIT No. 25-255, Defs.' Resp. to Ct.'s Jan. 8, 2026 Letter at 2–3, ECF No. 34 (stipulating that the Government "do[es] not intend to challenge the [c]ourt's authority to order reliquidation" in any IEEPA tariff case "challeng[ing] IEEPA tariffs in a manner and on grounds that substantially overlap with" V.O.S. Selections, Inc. v. United States, 49 CIT __,

Court No. 26-00829                                                                Page 2

772 F. Supp. 3d 1350 (2025); aff'd in part, vacated in part, 149 F.4th 1312 (Fed. Cir. 2025),

aff'd sub nom., Learning Res., Inc. v. Trump, Appeal Nos. 24-1287 and 25-250, 2026 WL

477534 (U.S. Feb., 20, 2026), including those challenging "IEEPA tariffs imposed on Brazil

and India that are not at issue in AGS or V.O.S."); Defs.' Mot. to Expand Case

Management Procedures at 5, Jan. 7, 2026, ECF No. 32 (stating that its stipulation "should

apply to all current and future similarly situated plaintiffs.").


                                                            /s/      Mark A. Barnett
                                                            Mark A. Barnett, Chief Judge

        Dated: March 20, 2026
                New York, New York